ORIGINAL

FILED

07/29/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 24-0004

## IN THE SUPREME COURT OF THE STATE OF MONTANA

## PR 24-0004

IN RE THE PETITION OF
WILLIAM R. BABINGTON JR.

ORDER

William R. Babington Jr. has petitioned this Court for admission to active status in the State Bar of Montana after having been on senior status since February 2024.

IT IS ORDERED that upon payment of the appropriate fees to the State Bar of Montana, Petitioner shall be admitted to the active practice of law in the state of Montana.

The Clerk is directed to provide copies of this Order to Petitioner and to the State Bar of Montana.

DATED this 29th day of July, 2024.

For the Court,

By _____
                    Justice

FILED

JUL 2 9 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana